UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY PALMER : | |
| : | |
| v. : | |
| : | CASE NO. 3:14 CV 691 (JCH) |
| MIDLAND FUNDING LLC, : | |
| MIDLAND CREDIT MANAGEMENT, INC. : | January 9, 2015 |

## STIPULATION FOR JUDGMENT

The parties in the above entitled action hereby stipulate that judgment may enter in favor of plaintiff in the amount of $2,000 damages and costs of $400, with reasonable fees to be determined by the Court.

THE PLAINTIFF

By:     /s/ Joanne S. Faulkner         Date: January 9, 2015
Joanne S. Faulkner (ct04137)
123 Avon Street
New Haven, Connecticut 06511
(203) 772-0395


THE DEFENDANTS

By:/s/ Stephen P. Brown
        Stephen P. Brown (ct19876)
*Attorneys for Defendants,*
*Midland Funding, LLC and Midland Credit Management, Inc.*
1010 Washington Boulevard
Stamford, Connecticut 06901
Telephone No.: (203) 388-9100
Facsimile No.: (203)388-9101
Stephen.Brown@wilsonelser.com

443924v.1