UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARY PALMER
    Plaintiff

v.                                                                                             3:14cv691(JCH)

MIDLAND FUNDING, LLC
MIDLAND CREDIT MANAGEMENT, INC.
    Defendants

## J U D G M E N T

    This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of the parties' Joint Stipulation for Judgment.

    The Court has reviewed all of the papers filed in conjunction with the Stipulation. On January 12, 2015, the court entered an Order So Ordering the Parties' Joint Stipulation, entering judgment in favor of the plaintiff, Gary Palmer, in the amount of $2,000, representing damages and costs in the amount of $400, with reasonable fees to be determined by the court.

    Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff, in the amount of $2,400 plus fees, against the defendants, and the case is closed.

    Dated at New Haven, Connecticut, this 12th day of January, 2015.

                                            Robin D. Tabora, Clerk

                                            By   /s/ Diahann Lewis
                                                    Deputy Clerk

Entered on Docket   1/12/2015